# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EKUNDAYO ADELAJA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-01911-LDG-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| HORACE MANN INS. CO., | ) | (Sub'n of Attorney - Dkt. #14) |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a Substitution of Attorney (Dkt. #14) filed February 11, 2013. The Substitution seeks to substitute Robert T. Eglet, David T. Wall, and Tracy A. Eglet in the place and stead of Peter A. Tomaino and as counsel for Plaintiff Ekundayo Adelaja. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiff filed the complaint in state court, and Defendant removed it to this court on November 7, 2012. The parties have not filed a proposed joint discovery plan and scheduling order as required by LR 26. Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The Substitution of Attorney (Dkt. #14) is APPROVED.
2. Robert T. Eglet, David T. Wall, and Tracy A. Eglet are substituted in the place and stead of Peter A. Tomaino as counsel for Plaintiff Ekundayo Adelaja, subject to the provisions of LR IA 10-6(c) and (d).

3. Counsel shall have until March 12, 2013 to conduct a Rule 26(f) conference and shall have until March 19, 2013 to submit a proposed discovery plan and scheduling order in compliance with LR 26-1(e).

Dated this 26th day of February, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE