THOMAS E. WINNER
Nevada Bar No. 5168
ANDREW D. SMITH
Nevada Bar No. 8890
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
asmith@awslawyers.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EKUNDAYO ADELAJA, | CASE NO.: 2:12-cv-01911-LDG-PAL |
| --- | --- |
| Plaintiff, | DEPT. NO.: |
| vs. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| HORACE MANN INSURANCE COMPANY, an Illinois Corporation, DOES I-X and ROE CORPORATIONS I-X, inclusive, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between David Wall and Peter Tomaino, attorneys for the Plaintiff, EKUNDAYO ADELAJA, and Thomas E. Winner, attorney for Defendant, HORACE MANN INSURANCE COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///
///
///
///
///

432031.DOCX

Page 1 of 3

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 27 day of July, 2013.

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Andrew D. Smith
Nevada Bar No. 8890
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorney for Defendant

EGLET WALL CHRISTIANSEN

_____
David T. Wall
Nevada Bar No. 2805
400 South 4th Street, 6th Floor
Las Vegas, Nevada 89101

And

_____
Peter A. Tomaino
Nevada Bar No. 1380
227 Clay Street
Reno, Nevada 89501
Attorneys for Plaintiff

412031.DOCX

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this 1st day of August 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Andrew D. Smith
Nevada Bar No. 8890
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:12-cv-01911-LDG-PAL